OF  IAL

FILED

10/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

OCT 20 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
RANDALL C. MARSHALL

**ORDER**

Randall C. Marshall has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Marshall passed the MPRE in 1999 when seeking admission to the practice of law in the State of Florida, and in 2010 when seeking his license to practice law in Alabama. He has also been admitted to practice in Colorado, Texas, Ohio, Michigan and Pennsylvania. Since 1982, Marshall has been a member in good standing of all the bars to which he has been admitted "without any ethical or disciplinary issues in any jurisdiction." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Randall C. Marshall to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 20th day of October, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2